UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DYLAN M. SIMPSON.,

     Plaintiff,

     v.

NASA.,

     Defendant.

Civil Action No. 26-30059-MGM

MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION OF DISMISSAL
(Dkt. No. 4)
June 1, 2026

MASTROIANNI, U.S.D.J.

On May 6, 2026, United States Magistrate Judge Christopher Morgan issued a Report and Recommendation which recommended that this court dismiss Plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2), which allows for preliminary screenings of *pro se* plaintiffs. The Report and Recommendation notified Plaintiff that he had until May 20, 2026, but he did not do so. In short, Judge Morgan explained that Plaintiff's sole claim, which rests on 18 U.S.C. § 242, a federal statute that authorizes criminal prosecution for the deprivation of rights under color of law, is barred because a private citizen "'has no authority to initiate a federal criminal prosecution.'" *Diaz v. Perez*, No. 16-11860-RGS, 2016 WL 6871233, at *5 (D. Mass. Nov. 21, 2016) (citing *Cok v. Cosentino*, 876 F.2d 1, 2 (1st Cir. 1989)). Judge Morgan also found that even with a liberal reading of the complaint, Plaintiff provides no other basis to support his claims against NASA. Moreover, Judge Morgan concluded that any amendment to Plaintiff's complaint would be futile. *See Garayalde-Rijos v. Municipality of Carolina*, 747 F.3d 15, 23, (1st Cir. 2014).

1

Based upon the thorough analysis presented in the Report and Recommendation, the court, after *de novo* review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 4.) Plaintiff's claim is dismissed.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge

2